1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLE C HARTER,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Case No. C24-1177 RSM

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

13     The Court **GRANTS** Plaintiff's *in forma pauperis* application, Dkt. 1., and **ORDERS:**

14     1.  The Supplemental Social Security Rules of the Federal Rules of Civil Procedure

15 provide that because Plaintiff has electronically filed a complaint seeking review under 42

16 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

17 The Clerk shall notify Defendant this action has commenced by transmitting a Notice of

18 Electronic Filing to the Social Security Administration's Office of General Counsel and to the

19 United States Attorney of the Western District of Washington.

20     2.  Defendant shall file a certified copy of the Administrative Record and any affirmative

21 defenses within 60 days of the date of this order.

22     DATED this 6th day of August, 2024.

23

Ricardo S. Martinez
United States District Judge